Irving Rich, as Assignee of Ninth Federal Savings and Loan Association of New York City, Respondent, v. Louis W. Vyner et al., Appellants, and Nathan H. Gates, Respondent.— Order denying motion to vacate and set aside a foreclosure sale of mortgaged premises on the ground of fraud and collusion affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur. [See *post,* p. 992.]